# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: June 2, 2009

_____

Civil Action No. 09-cv-00721-CMA-KMT

*Parties:*      *Counsel:*

JAMIE HAGGARD,      Erik Fischer

    Plaintiff,

v.

SYNTHES SPINE, a Pennsylvania corporation,      Scott Cooper  
                                                      Paul Lewis

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING: Telephonic Status Conference

**9:12 a.m.**      **Court in session**.

Court discussed the status of the case with counsel.

**ORDER:**      Plaintiff's Motion for Temporary Restraining Order **(3)** is **denied as moot**.

**ORDER:**      Synthes' Motion for a Temporary Restraining Order and/or Preliminary Injunction Against Jamie Haggard **(7)** is **denied as moot**.

**ORDER:**      Synthes' Motion for Expedited Discovery **(10)** is **referred to Magistrate Judge Tafoya**.

Immediately following the hearing counsel shall contact Magistrate Judge Tafoya's Chambers at 303-335-2780 to schedule a hearing on discovery disputes.

**ORDER:**      Unopposed Motion to File Under Seal Synthes' Trade Secret Documents

and to Close to the Public Portions of Court Proceedings Disclosing Those Trade Secrets **(26)** is **granted**. Counsel shall draft and submit to the Court a Proposed Order clarifying what information will and will not be sealed on or before **June 8, 2009**.

**DEADLINES/HEARINGS:**
Synthes' Motion for Temporary Retraining Order and/or Preliminary Injunction Against Jamie Haggard **(7)** is set for a half-day hearing on **June 10, 2009, at 1:30 p.m.**

**9:27 a.m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:15