**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00721-CMA-KMT

JAMIE HAGGARD,

    Plaintiff,

v.

SYNTHES SPINE,

    Defendant.

---

**ORDER REGARDING ATTENDANCE AT HEARING
VIA TELEPHONE**

---

    This matter is before the Court on Plaintiff's Motion for Leave To Permit Dr. Robert Benz To Attend Hearing Via Telephone (Doc. # 42) and Defendant's Response In Opposition (Doc. # 46).  The Court, having read the above-referenced documents and being fully advised, finds as follows:

    The motion is DENIED on the basis that Plaintiff has failed to meet the standard for transmission of testimony from a different location, as set forth in Fed. R. Civ. P. 43. The Court expects all witnesses testifying at the hearing on June 10, 2009 to appear in person in the courtroom.  In addition, the parties are DIRECTED to this Court's Civil Practice Standards with regard to exhibit and witness lists.

    DATED:  June   8th  , 2009

                                           BY THE COURT:

                                           _____
                                           CHRISTINE M. ARGUELLO
                                           United States District